161 A.3d 761

FEDERAL NATIONAL MORTGAGE ASSOCIATION, PLAINTIFF-
RESPONDENT, v. ROSE M. REED, DEFENDANT-MOVANT.

March 9, 2017

ORDER

It is ORDERED that the motions for leave to file a notice of petition for certification and petition for certification as within time (M–854) and to proceed as an indigent (M–856) are granted.

161 A.3d 761

STATE OF NEW JERSEY, PLAINTIFF-MOVANT,
v. GARY LUNSFORD, DEFENDANT.

March 9, 2017

ORDER

The motion to clarify the opinion in State v. Lunsford, 226 N.J. 129 (2016), is denied, inasmuch as the plain language of the opinion requires the State to obtain a court order only when the State seeks telephone toll billing records. The holding in Lunsford does not address and therefore does not modify the state of the law relating to requests for bank records or internet subscriber information.